**** CASE NUMBER: 502019CA004860XXXXMB Div: AI ****

Filing #87930858 E-Filed 04/12/2019 04:46:40 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.

MARIA ESPINOZA,

     Plaintiff,

v.

TARGET CORPORATION a Foreign Limited
Liability Company and JANE GREER,
Individually,

     Defendants.

_____/

DATE 4/16/19  TIME: 150 Qp

INITIALS: AK 26 D#: O

### SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

     YOU ARE HEREBY COMMANDED to serve this **Summons, a copy of the**
**Complaint, Interrogatories and Request for Production** to Defendant in this action on Defendant:

**TARGET CORPORATION**
**By Serving Its Registered Agent:**
**CT Corporation System**
**1200 South Pine Island Road,**
**Plantation, FL 33324**

     Each Defendant is required to serve written defenses to the Complaint on Michael T. Lewenz,

Esq. (Florida Bar No. 111604), Plaintiff's attorney, whose address is:

**ZEBERSKY PAYNE SHAW LEWENZ, LLP**
110 S.E. 6th Street, Suite 2150
Fort Lauderdale, Florida 33301
(954) 989-6333
mlewenz@zpllp.com

within twenty (20) days after service of this Summons on those Defendants, exclusive of the day of

[1616136/1]

EXHIBIT 2

service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney, or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

WITNESS my hand and seal of said Court  Apr 15 2019

SHARON R. BOCK
As Clerk of said Court



Janis Sustache

By: Deputy Clerk Janis Sustache

## AMERICANS WITH DISABILITIES ACT OF 1990

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

[1616136/1]

Filing # 87930858 E-Filed 04/12/2019 04:46:40 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.

MARIA ESPINOZA,

    Plaintiff,

v.

TARGET CORPORATION a Foreign Limited
Liability Company and JANE GREER,
Individually,

    Defendants.

_____/

## COMPLAINT

Plaintiff, MARIA ESPINOZA (*hereinafter* "Plaintiff") sues Defendant, TARGET

CORPORATION (*hereinafter* "Target") and Defendant, JANE GREER (*hereinafter* "Greer")

(*collectively "Defendants"*) in support thereof alleges:

## FACTS COMMON TO ALL COUNTS

1.    This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00),

exclusive of interest and costs.

2.    At all times material hereto, Plaintiff was, and is, a resident of Palm Beach County,

Florida and was otherwise sui juris.

3.    At all times material hereto, Defendant Target was at all times material to a foreign

limited liability company, agents and stores located in Palm Beach County, Florida.

4.    At all times material hereto, Defendant Greer was, and is, a resident of Palm Beach

County, Florida and was otherwise sui juris.

5.    At all times material hereto, Defendant Target owned, operated, maintained,

managed, possessed, and exercised control over the Target store located at 10201 Hagen Ranch Rd, Boynton Beach, FL 33437 (*hereinafter* "The Premises").

6.  Upon information and belief, at all times material to this cause, Defendant Greer was the general manager of the Target in question when Plaintiff slipped and fell in, on April 10, 2017. Defendant Greer owed Plaintiff, and others similarly situated, a duty to maintain The Premises in a reasonably safe condition.

7.  Venue is proper in Palm Beach County, Florida because the incident from which this cause of action arises occurred in Broward County, Florida.

## COUNT I – CLAIM FOR NEGLIGENCE AGAINST DEFENDANT, TARGET CORPORATION FOR NEGLIGENCE

8.  Plaintiff re-adopts and re-alleges paragraphs 1 through 7 above, and further alleges:

9.  At all times material to this cause, Defendant Target owed Plaintiff, and others similarly situated, a duty to maintain The Premises in a reasonably safe condition.

10. On or about April 10, 2017, the Plaintiff while lawfully walking on the premises, slipped and fell on spilled milk (Dangerous condition) that was on the floor.

11. On or about April 10, 2017, Defendant Target, by and through its agents and/or employees, breached its duty by committing the following acts and/or omissions:

    a.  by failing to correct a dangerous condition that Defendant Target had actual or constructive knowledge of and should have taken action to remedy said condition;

    b.  by creating a dangerous condition though its business activities;

    c.  by failing to correct a dangerous condition that occurred with regularity and was therefore foreseeable;

    d.  by failing to warn Plaintiff of said dangerous condition;

2

e.  by failing to establish policies and procedures to protect invitees, such as Plaintiff, from such hazards; and

f.  by failing to adequately train and supervise its employees and/or agents to locate and repair such hazards;

g.  by committing other acts of negligence to be determined in discovery.

12.  Defendant Target knew or should have known and had actual and/or constructive knowledge that a dangerous and unsafe condition existed on The Premises.

13.  The Defendant Target should have taken action to remedy the dangerous condition and failed to.

14.  As a result of Defendant Target's negligence, Plaintiff came into contact with the dangerous condition, a transitory foreign substance, inside the Premises, and slipped and fell, resulting in serious bodily injuries.

15.  That as a direct and proximate result of the negligence of the Defendant Target, Plaintiff was injured in and about her body and extremities, and/or aggravated a pre-existing injury or condition thereto; incurred pain, suffering and mental anguish, incurred various medical and related expenses in the treatment of the injuries; suffered physical handicap; incurred loss of capacity for the enjoyment of a normal life; sustained permanent injuries within a reasonable degree of medical probability and/or permanent loss of a bodily function; suffered loss of income and/or impairment of wage earning capacity, and Plaintiff shall suffer from such losses and impairments in the future.

WHEREFORE, Plaintiff, MARIA ESPINOZA, demands judgment against Defendant TARGET CORPORATION, for damages, interests and costs and any other relief this Court deems just and proper.

3

## COUNT II – CLAIM FOR NEGLIGENCE AGAINST DEFENDANT, JANE GREER FOR NEGLIGENCE

16.    Plaintiff re-adopts and re-alleges paragraphs 1 through 7 above, and further alleges:

17.    Upon information and belief, at all times material to this cause, Defendant Greer was the general manager of the Target in question when Plaintiff slipped and fell in on April 10, 2017. Defendant Greer owed Plaintiff, and others similarly situated, a duty to maintain The Premises in a reasonably safe condition.

18.    On or about April 10, 2017, Defendant Greer breached her duty by committing the following acts and/or omissions:

   a.  by failing to correct a dangerous condition that Defendant Greer had actual or constructive knowledge of and should have taken action to remedy said condition;

   b.  by failing to correct a dangerous condition that occurred with regularity and was therefore foreseeable;

   c.  by failing to warn Plaintiff of said dangerous condition;

   d.  by failing to establish policies and procedures to protect invitees, such as Plaintiff, from such hazards; and

   e.  by failing to adequately train and supervise its employees and/or agents to locate and repair such hazards;

   f.  by committing other acts of negligence to be determined in discovery.

19.    Defendant Greer knew or should have known and had actual and/or constructive knowledge that a dangerous and unsafe condition existed on The Premises.

20.    Defendant Greer should have taken action to remedy the dangerous condition and

4

failed to.

21.     As a result of Defendant Greer's negligence, Plaintiff came into contact with the dangerous condition, a transitory foreign substance, inside the Premises, and slipped and fell, resulting in serious bodily injuries.

22.     That as a direct and proximate result of the negligence of the Defendant Greer, Plaintiff was injured in and about her body and extremities, and/or aggravated a pre-existing injury or condition thereto; incurred pain, suffering and mental anguish, incurred various medical and related expenses in the treatment of the injuries; suffered physical handicap; incurred loss of capacity for the enjoyment of a normal life; sustained permanent injuries within a reasonable degree of medical probability and/or permanent loss of a bodily function; suffered loss of income and/or impairment of wage earning capacity, and Plaintiff shall suffer from such losses and impairments in the future.

**WHEREFORE**, Plaintiff, MARIA ESPINOZA, demands judgment against Defendant JANE GREER, for damages, interests and costs and any other relief this Court deems just and proper.

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff requests a jury trial on all issues so triable.

**Respectfully submitted on this 11ᵗʰ day of April, 2019.**

> ZEBERSKY PAYNE SHAW LEWENZ, LLP
> *Counsel for Plaintiff, Maria Espinoza*
> 110 S.E. 6ᵗʰ Street, Suite 2150
> Ft. Lauderdale, Florida 33301
> Telephone: (954) 989-6333
> Facsimile: (954) 989-7781
> Primary Email:        mlewenz@zpllp.com
> Secondary E-mail:     manderson@zpllp.com

5

By /s/

**MICHAEL T. LEWENZ, ESQ.**
Florida Bar No. 111604

6